UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue
Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Ditech Financial, LLC

**Order Filed on August 9, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:
    William L. Martin & Angela L. Potts-Martin,

Debtors.

Case No.: 17-21511-JNP

Adv. No.:

Hearing Date: 8/2/2017 @ 9:00 a.m.

Judge: Jerrold N. Poslusny, Jr.

## ORDER GRANTING STAY RELIEF & RESOLVING OBJECTION TO CONFIRMATION OF PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: August 9, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:  William L. Martin & Angela Potts-Martin
Case No:  17-21511-JNP
Caption of Order:  ORDER GRANTING STAY RELIEF & RESOLVING OBJECTION TO CONFIRMATION
_____

      This matter having been brought before the Court by KML Law Group, P.C., attorneys for Ditech Financial, holder of a lien on 225 Aman Avenue, Lindenwold, NJ 08021, Denise Carlon, Esq. appearing, upon an objection to confirmation of Debtors' chapter 13 plan, and it appearing that notice of said objection was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Ditech Financial and Seymour Wasserstrum, Esq., attorney for Debtors, and for good cause having been shown

      It is **ORDERED, ADJUDGED and DECREED** that 225 Aman Avenue, Lindenwold, NJ 08021 is **not** property of Debtors' bankruptcy estate;

      It is further **ORDERED, ADJUDGED and DECREED** that said property was never property of Debtors' bankruptcy estate, but rather is property belonging to a different William Smith that is not this bankruptcy debtor; and

      It is further **ORDERED, ADJUDGED and DECREED** that the purpose of this Order is to allow Ditech Financial to proceed with any and all of its remedies with respect to the subjects property, and is being entered out of an abundance of caution; and

      It is further **ORDERED, ADJUDGED and DECREED** that the automatic stay did not go into effect upon the filing of this case; and

      It is further **ORDERED, ADJUDGED and DECREED** that the Chapter 13 Trustee is not to pay any claim filed on behalf of Ditech relating to the subject property; and

      It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.