| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>216 Haddon Avenue<br>Suite 406<br>Westmont, NJ 08108<br>Main Phone: 609-250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Ditech Financial, LLC | <br>Order Filed on August 9, 2017<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>   William L. Martin & Angela L. Potts-Martin,<br>Debtors. | Case No.: <u>17-21511-JNP</u><br><br>Adv. No.:<br><br>Hearing Date: 8/2/2017 @ 9:00 a.m.<br><br>Judge: <u>Jerrold N. Poslusny, Jr.</u> |

## ORDER GRANTING STAY RELIEF & RESOLVING OBJECTION TO CONFIRMATION OF PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: August 9, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:  William L. Martin & Angela Potts-Martin
Case No:  17-21511-JNP
Caption of Order:  ORDER GRANTING STAY RELIEF & RESOLVING OBJECTION TO CONFIRMATION
_____

      This matter having been brought before the Court by KML Law Group, P.C., attorneys for Ditech Financial, holder of a lien on 225 Aman Avenue, Lindenwold, NJ 08021, Denise Carlon, Esq. appearing, upon an objection to confirmation of Debtors' chapter 13 plan, and it appearing that notice of said objection was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Ditech Financial and Seymour Wasserstrum, Esq., attorney for Debtors, and for good cause having been shown

      It is **ORDERED, ADJUDGED and DECREED** that 225 Aman Avenue, Lindenwold, NJ 08021 is **not** property of Debtors' bankruptcy estate;

      It is further **ORDERED, ADJUDGED and DECREED** that said property was never property of Debtors' bankruptcy estate, but rather is property belonging to a different William Smith that is not this bankruptcy debtor; and

      It is further **ORDERED, ADJUDGED and DECREED** that the purpose of this Order is to allow Ditech Financial to proceed with any and all of its remedies with respect to the subjects property, and is being entered out of an abundance of caution; and

      It is further **ORDERED, ADJUDGED and DECREED** that the automatic stay did not go into effect upon the filing of this case; and

      It is further **ORDERED, ADJUDGED and DECREED** that the Chapter 13 Trustee is not to pay any claim filed on behalf of Ditech relating to the subject property; and

      It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.

```
                              United States Bankruptcy Court
                                    District of New Jersey
```

```
In re:                                                              Case No. 17-21511-JNP
William L. Martin, Jr.                                              Chapter 13
Angela L. Potts-Martin
         Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-1           User: admin              Page 1 of 1              Date Rcvd: Aug 09, 2017
                               Form ID: pdf903          Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2017.
```
db            +William L. Martin, Jr.,    225 Aman Ave,    Clementon, NJ 08021-2545
jdb           +Angela L. Potts-Martin,    1201 Stoneybrook Dr.,    Woodbury, NJ 08096-2558
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

```
            ***** BYPASSED RECIPIENTS *****
```
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2017 at the address(es) listed below:
```
          Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Seymour   Wasserstrum    on behalf of Debtor William L. Martin, Jr. mylawyer7@aol.com,
           ecf@seymourlaw.net
          Seymour   Wasserstrum    on behalf of Joint Debtor Angela L. Potts-Martin mylawyer7@aol.com,
           ecf@seymourlaw.net
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```