| **Information to identify the case:** | |
|---|---|
| Debtor 1: William L. Martin Jr. (First Name Middle Name Last Name) | Social Security number or ITIN  xxx–xx–1977<br>EIN  __–_____ |
| Debtor 2 (Spouse, if filing): Angela L. Potts–Martin (First Name Middle Name Last Name) | Social Security number or ITIN  xxx–xx–3987<br>EIN  __–_____ |
| United States Bankruptcy Court  District of New Jersey | |
| Case number:  17–21511–JNP | |

# Order of Discharge                                                                      12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

William L. Martin Jr.                                         Angela L. Potts–Martin

8/6/20                                                                **By the court:** Jerrold N. Poslusny Jr.
                                                                                        United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W        **Chapter 13 Discharge**        page 2

United States Bankruptcy Court
District of New Jersey

In re:
William L. Martin, Jr.
Angela L. Potts-Martin
    Debtors

Case No. 17-21511-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3      Date Rcvd: Aug 06, 2020
                  Form ID: 3180W      Total Noticed: 78

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2020.

```
db             +William L. Martin, Jr.,    270 Route 45,    Mannington, NJ 08079-2046
jdb            +Angela L. Potts-Martin,    172 East 10th Ave,    Pinehill, NJ 08021-6308
cr             +American Honda Finance Corporation, administrator,     P.O. Box 168088,    Irving, TX 75016-8088
r              +Jordan Hess,   Exit Homestead Realty Professional,    1070 E. Chestnut Avenue,
                 Vineland, NJ 08360-5843
516865578      +ACE Service Agency,    PO Box 392,    Cherry Hill, NJ 08003-0392
516865581     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court: American Honda Finance,      PO Box 65507,    Wilmington, DE 19808)
516865584      +ARS,   PO Box 459079,    Fort Lauderdale, FL 33345-9079
516865579      +Advocare,    PO Box 3001 D06,    Voorhees, NJ 08043-0598
516865580       Advocare,    P.O. Box 3001,    Voorhees, NJ 08043-0598
516865583      +Apex,    2501 Oregon Pike Suite 102,    Lancaster, PA 17601-4890
516865585      +Ars Account Resolution,    1643 Harrison PKWY, Ste 100,    Fort Lauderdale, FL 33323-2857
516865588       CAC Financial Corp,    2601 NW Expressway Suite 1000 East,    Oklahoma City, OK 73112-7236
517025192       CACH, LLC its successors and assigns as assignee,     of Avant,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
516901763       Ditech Financial LLC,    KML Law Group PC,    Sentry Office Plaza,    216 Haddon Avenue, Suite 206,
                 Westmont, NJ 08108
516865599      +Einstein Healthcare Network,    PO Box 780003,    Philadelphia, PA 19178-0003
516865601      +Financial Recoveries,    200 E Park Drive Ste 100,    Mount Laurel, NJ 08054-1297
516865604      +Grimley Financial,    30 Washington Avenue,    C/O Einstein Practice Plan,
                 Haddonfield, NJ 08033-3341
518551229      +John R. Morton, Jr., Esquire,    110 Marter Avenue, Suite 301,    Moorestown, NJ 08057-3124
516865611       Kennedy Health System,    PO Box 48023,    Newark, NJ 07101-4823
516865612       Kennedy Medical Group,    PO Box 95000,    Philadelphia, PA 19195-0001
516865613      +LIG Recovery Management,    3245 Main St.,    Frisco, TX 75034-4411
516865614      +Lyons Doughty & Veldhuis,    136 Gaither Drive, Suite 100,    Mt. Laurel, NJ 08054-2239
516865619      +Natalie Stacchini,    102 N Evergreen Ave,    Longport, NJ 08403-1428
516865620       Northstar Loaction Services,    4285 Genesee St,    Attn Financial Services Dept,
                 Cheektowaga, NY 14225-1943
516865621       Office Of Attorney General,    25 Market Street, PO Box 112,    Richard J Hughes Justice Complex,
                 Trenton, NJ 08625-0112
516865622       Penn Medicine,    P.O. Box 824406,    Philadelphia, PA 19182-4406
516865623       Penn Valley Anes Assoc,    PO Box 1742,    Princeton, NJ 08540
516865624       Pressler & Pressler, LLP,    7 Entin Rd,    Parsippany NJ 07054-5020
516873115      +RANCOCAS ANESTHESIOLOGY,    C/O ANDREW SKLAR, ESQUIRE,    1200 LAUREL OAK RD, SUITE 102,
                 VOORHEES NJ 08043-4317
516865625      +Radiology Assc Of New Jersey, PC,    280745 Network Place,    Chicago, IL 60673-0001
516865627      +Rancocas Anestgesiology,    PO Box 4640,    Rutherford, NJ 07070-0464
516865628      +Reconstructive Orthopedics PA,    4 Eves Dr, Building A, Suite 100,    Marlton, NJ 08053-3195
516865629      +Resource MS Stoneybrook NJ MFP LLC,    801 Cooper St.,    Woodbury, NJ 08096-2520
516865630      +Rowan Medicine,    PO Box 635,    Bellmawr, NJ 08099-0635
516865634     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State Of New Jersey,      P.O. Box 245,
                 Dept Of Treasury-Division Of Taxation,    Trenton, NJ 08695-0245)
516865631      +Schlee & Stillman, LLC,    50 Tower Office Park,    Woburn, MA 01801-2113
516865632      +Sklar Law, LLC,    1200 Laurel Oak Rd, Ste 102,    Voorhees, NJ 08043-4317
516865633      +South Jersey Gastroenterology,    406 Lippincott Drive Suite E,    Marlton, NJ 08053-4168
516865635       Summit Surgical Center, LLC,    PO Box 80632,    Bellmawr, NJ 08099-6032
516865638      +The Endo Center At Voorhees,    2301 E Evesham Rd Ste 216 Bldg 800,    Voorhees, NJ 08043-4509
516865639      +Thomas And Cook,    PO Box 598,    23 Newton Avenue,    Woodbury, NJ 08096-4608
516865640      +Virtua Health,    P O BOX 6007,    Bellmawr, NJ 08099
516865642     ++WEST JERSEY ANESTHESIA ASSOCIATES PA,    1000 WHITE HORSE ROAD SUITE 204,
                 VOORHEES NJ 08043-4408
               (address filed with court: West Jersey Anesthesia Assoc,      102 E Centre Blvd,
                 Marlton, NJ 8053)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 07 2020 00:28:00      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 07 2020 00:27:56      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516879349       EDI: HNDA.COM Aug 07 2020 03:53:00      American Honda Finance Corporation,    PO Box 168088,
                 Irving, TX 75016-8088
516865605       EDI: HNDA.COM Aug 07 2020 03:53:00      Honda Financial Services,    P.O. Box 1844,
                 Alpharetta, GA 30023-1844
516865582      +EDI: HNDA.COM Aug 07 2020 03:53:00      American Honda Finance,    200 Continental Drive,
                 Newark, DE 19713-4336
516865586      +E-mail/Text: bk@avant.com Aug 07 2020 00:28:25      Avant Inc,    640 N Lasalle Dr. Ste 545,
                 Chicago, IL 60654-3731
```

```
District/off: 0312-1            User: admin                Page 2 of 3                  Date Rcvd: Aug 06, 2020
                                Form ID: 3180W             Total Noticed: 78


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516865587         EDI: TSYS2.COM Aug 07 2020 03:53:00      Barclays Bank Delaware,    PO Box 8803,
                   Wilmington, DE 19899-8803
516865589        +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 07 2020 00:34:38       CACH, LLC,
                   4340 S Monaco St Unit 2,    Denver, CO 80237-3485
516865590         E-mail/Text: clientrep@capitalcollects.com Aug 07 2020 00:28:41      Capital Collection Service,
                   Po Box 150,    West Berlin, NJ 08091-0150
516865591         E-mail/Text: clientrep@capitalcollects.com Aug 07 2020 00:28:41      Capital Collection Services,
                   P.O. Box 150,    West Berlin, NJ 08091-0150
516865592        +EDI: CAPITALONE.COM Aug 07 2020 03:53:00      Capital One,    PO Box 30281,
                   Salt Lake, UT 84130-0281
516911632         EDI: CAPITALONE.COM Aug 07 2020 03:53:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                   Charlotte, NC 28272-1083
516865594         EDI: RMSC.COM Aug 07 2020 03:53:00      CareCredit,    PO Box 960061,    Orlando, FL 32896-0061
516865595        +E-mail/Text: bankruptcy@cavps.com Aug 07 2020 00:28:12      Cavalry Portfolio Service,
                   500 Summit Lake,    Valhalla, NY 10595-2322
517058648        +E-mail/Text: bankruptcy@cavps.com Aug 07 2020 00:28:12      Cavalry SPV I, LLC,
                   500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
516865597        +E-mail/Text: mediamanagers@clientservices.com Aug 07 2020 00:27:13      Client Services Inc,
                   3451 Harry S Truman Blvd,    St Charles, MO 63301-9816
516865598        +E-mail/Text: egssupportservices@alorica.com Aug 07 2020 00:28:07      EGS Financial Care Inc,
                   PO Box 1020,   Dept 806,    Horsham, PA 19044-8020
516865600         E-mail/Text: bknotice@ercbpo.com Aug 07 2020 00:28:03     ERC,    PO Box 23870,
                   Jacksonville, FL 32241-3870
516865603        +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 07 2020 00:34:09       Freshview,
                   6300 S Syracuse Way, Suite 200,    Englewood, CO 80111-6722
516865607        +EDI: IIC9.COM Aug 07 2020 03:53:00     IC System,    PO Box 64378,    St Paul, MN 55164-0378
516865606        +EDI: IIC9.COM Aug 07 2020 03:53:00     IC System,    PO Box 64378,    Saint Paul, MN 55164-0378
516865609         EDI: IRS.COM Aug 07 2020 03:53:00     IRS,    PO Box 725,    Special Procedures Function,
                   Springfield, NJ 7081
516865596         EDI: JPMORGANCHASE Aug 07 2020 03:53:00      Chase,    P.O. Box 15298,
                   Wilmington, DE 19886-5153
516865615        +EDI: MID8.COM Aug 07 2020 03:53:00     Midland Credit Management,    8875 Aero Drive,
                   San Diego, CA 92123-2255
516865616        +EDI: MID8.COM Aug 07 2020 03:53:00     Midland Funding,    8875 Aero Dr, Ste 200,
                   San Diego, CA 92123-2255
517070826        +EDI: MID8.COM Aug 07 2020 03:53:00     Midland Funding LLC,    PO Box 2011,
                   Warren, MI 48090-2011
517082020         EDI: PRA.COM Aug 07 2020 03:53:00     Portfolio Recovery Associates, LLC,    c/o Barclaycard,
                   POB 41067,   Norfolk VA 23541
517086708         EDI: PRA.COM Aug 07 2020 03:53:00     Portfolio Recovery Associates, LLC,
                   c/o Capital One Bank, N.A.,    POB 41067,    Norfolk VA 23541
517060128        +EDI: JEFFERSONCAP.COM Aug 07 2020 03:53:00      Premier Bankcard LLC,
                   Jefferson Capital Systems LLC Assignee,    PO Box 7999,    St Cloud MN 56302-7999
516865636         EDI: RMSC.COM Aug 07 2020 03:53:00      Syncb/Amazon,    PO Box 965036,    Orlando, FL 32896-5036
516865637        +EDI: RMSC.COM Aug 07 2020 03:53:00      Syncb/Sams Club,    PO Box 865005,
                   Orlando, FL 32896-0001
516866205        +EDI: RMSC.COM Aug 07 2020 03:53:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                   PO Box 41021,    Norfolk, VA 23541-1021
516974826         EDI: AIS.COM Aug 07 2020 03:53:00     Verizon,    by American InfoSource LP as agent,
                   PO Box 248838,    Oklahoma City, OK 73124-8838
516978062        +EDI: AIS.COM Aug 07 2020 03:53:00     Verizon by American InfoSource LP as agent,
                   4515 N Santa Fe Ave.,    Oklahoma City, OK 73118-7901
516865641        +EDI: RMSC.COM Aug 07 2020 03:53:00      Walmart,    P.O. Box 965036,    Orlando, FL 32896-5036
                                                                                              TOTAL: 35

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518551228*       ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                 (address filed with court: American Honda Finance Corporation,    P.O. Box 168088,
                   Irving, TX 75016)
516865593*       +Capital One,    PO Box 30281,    Salt Lake, UT 84130-0281
517058649*       +Cavalry SPV I, LLC,    500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
516865602*       +Financial Recoveries,    200 E Park Drive Ste 100,    Mount Laurel, NJ 08054-1297
516865608*        IRS,   PO Box 744,    Springfield, NJ 07081-0744
516865610*       +Irs,   P.O. Box 7346,    Philadelphia, PA 19101-7346
516865617*       +Midland Funding,    8875 Aero Dr, Ste 200,    San Diego, CA 92123-2255
516865626*       +Radiology Assc Of New Jersey, PC,    280745 Network Place,    Chicago, IL 60673-0001
516865618        ##Monarch Recovery Management,    10965 Decatur Road,    Philadelphia, PA 19154-3210
                                                                                   TOTALS: 0, * 8, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-1           User: admin              Page 3 of 3                  Date Rcvd: Aug 06, 2020
                               Form ID: 3180W           Total Noticed: 78
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2020 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor    American Honda Finance Corporation, administrator
               for Honda Lease Trust ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
              Seymour   Wasserstrum    on behalf of Debtor William L. Martin, Jr. mylawyer7@aol.com,
               ecf@seymourlaw.net;r47769@notify.bestcase.com
              Seymour   Wasserstrum    on behalf of Joint Debtor Angela L. Potts-Martin mylawyer7@aol.com,
               ecf@seymourlaw.net;r47769@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```